IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>) CRIMINAL NO.   13-00238-CG<br>HUNTER EVANS,   )<br>)<br>    Defendant   ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS on June 25, 2014, the Court entered a Preliminary Order of Forfeiture pursuant to 16 U.S.C. §3374(a)(2)(A) and (B), and Federal Rule of Criminal 32.2(b), in which it ordered forfeited the right, title and interest of the defendant, **HUNTER EVANS**, in the following property:

  **(1)** One brown YETI cooler, (approximately 55" wide and 17" deep), seized from the defendant on September 20, 2012;

WHEREAS as directed in the Preliminary Order of Forfeiture and required by 21 U.S.C. § 853(n)(1), the United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting July 12, 2014, on www.forfeiture.gov., (ad # 137563).  A Proof of Publication was filed on August 18, 2014, (doc. 105), specifying the details of this publication.  No claims were filed during the required claim period.

1

WHEREAS at the sentencing hearing, the Court included in the oral announcement of the defendant's sentence, the order of forfeiture, as set forth in the Preliminary Order of Forfeiture and was made part of the defendant's sentence, and ordered said order incorporated into the Judgment in the Criminal Case, as required by Fed. R. Crim. P. 32.2(b)(4)(A);

WHEREAS the United States having met all statutory requirements for the forfeiture of the below-described property;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is hereby condemned, forfeited, and vested in the United States of America pursuant to Title 16, United States Code, Section 3374(a)(2)(A) and (B), and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) One brown YETI cooler, (approximately 55" wide and 17" deep), seized from the defendant on September 20, 2012;

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. §853(n)(7), the United States has clear title to the above-described property that is the subject of this Order, and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two (2) certified copies of this Order to Assistant United States Attorney Maria E.

Murphy.

    **DONE** and **ORDERED** this 17th day of April, 2015.

                                                 /s/  Callie V. S. Granade
                                                 UNITED STATES DISTRICT JUDGE